Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Massachusetts

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. Debtor's name | Thomas Michael Mahon |
| 2. Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __<br>☐ Other _____. Describe identifier _____<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– __ __ __ __<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __<br>■ Other NH020725A . Describe identifier National Insurance Number |
| 3. Name of foreign representative(s) | Tom Straw, MoorFields Advisory Ltd.; Stephen R. Penn, Absolute Recovery Ltd. |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | BKT5090336, In Bankruptcy under Insolvency Act 1986, England & Wales |
| 5. Nature of the foreign proceeding | Check one:<br>■ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. Evidence of the foreign proceeding | ■ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>■ Yes |

Debtor  Thomas Michael Mahon                                         Case number (if known)_____
        Name

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   Country where the debtor has the center of its main interests:

   England

   Debtor's registered office:

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City        State/Province/Region   ZIP/Postal Code

   _____
   Country

   Individual debtor's habitual residence:

   62 Springfields
   _____
   Number      Street

   _____
   P.O. Box

   Wigton CA7 9JS
   _____
   City        State/Province/Region   ZIP/Postal Code

   England
   _____
   Country

   Address of foreign representative(s):

   See attached Lists - FRBP1007-I (a)(4)
   _____
   Number      Street

   _____
   P.O. Box

   _____
   City        State/Province/Region   ZIP/Postal Code

   _____
   Country

10. **Debtor's website (URL)**   N/A

11. **Type of debtor**

    Check one:

    ☐ Non-individual (check one):

       ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ☐ Partnership

       ☐ Other. Specify: _____

    ■ Individual

| Debtor | Thomas Michael Mahon | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this* district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☒ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
White Winston v. Mahon, #1:19-cv-12339; U.S.D.C., DMass.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _/s/_____    Tom Straw
Signature of foreign representative    Printed name

Executed on    01/23/2020
               MM / DD / YYYY

X _____    Stephen R. Penn
Signature of foreign representative    Printed name

Executed on    01/23/2020
               MM / DD / YYYY

**14. Signature of attorney**

X _____    Date    01/23/2020
Signature of Attorney for foreign representative    MM / DD / YYYY

Daniel M. Glosband, Jack Esher
Printed name

_____
Firm name

c/o CBInsolvency, LLC, 34 Atlantic Avenue
Number    Street

Swampscott                                    MA      01907
City                                          State   ZIP Code

(617) 669-1541                      danielglosband@yahoo.com
Contact phone                       Email address

195620 (Glosband); 544885    (Esher)    MA
Bar number                              State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3

[Print] [Save As...] [Add Attachment] [Reset]

| Debtor | Thomas Michael Mahon | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☒ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: White Winston v. Mahon, #1:19-cv-12339; U.S.D.C., DMass.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

✗ _____    Tom Straw
Signature of foreign representative        Printed name

Executed on   01/23/2020
              MM / DD / YYYY

✗ _____    Stephen R. Penn
Signature of foreign representative        Printed name

Executed on   01/23/2020
              MM / DD / YYYY

**14. Signature of attorney**

✗ _____    Date   01/23/2020
Signature of Attorney for foreign representative      MM / DD / YYYY

Daniel M. Glosband, Jack Esher
Printed name

Firm name
c/o CBInsolvency, LLC, 34 Atlantic Avenue
Number    Street

Swampscott                           MA         01907
City                                 State      ZIP Code

(617) 669-1541                       danielglosband@yahoo.com
Contact phone                        Email address

195620 (Glosband); 544885   (Esher)    MA
Bar number                             State

Print    Save As...    Add Attachment    Reset

| Debtor | Thomas Michael Mahon | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: White Winston v. Mahon, #1:19-cv-12339; U.S.D.C., DMass.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____   Tom Straw
Signature of foreign representative        Printed name

Executed on   01/23/2020
              MM / DD / YYYY

✗ _____   Stephen R. Penn
Signature of foreign representative        Printed name

Executed on   01/23/2020
              MM / DD / YYYY

**14. Signature of attorney**

✗ *Daniel M Glosband* (signature)   Date   01/23/2020
Signature of Attorney for foreign representative         MM / DD / YYYY

Daniel M. Glosband, Jack Esher
Printed name

Firm name
c/o CBInsolvency, LLC, 34 Atlantic Avenue
Number    Street

Swampscott                                   MA          01907
City                                         State       ZIP Code

(617) 669-1541                               danielglosband@yahoo.com
Contact phone                                Email address

195620 (Glosband); 544885   (Esher)          MA
Bar number                                   State