# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: | Chapter 15 |
| THOMAS MICHAEL MAHON | Case No. 20-10308 |
| Foreign Debtor. | |

**NOTICE OF APPEARANCE OF JEFFREY D. STERNKLAR AND JEFFREY D. STERNKLAR LLC FOR WHITE WINSTON SELECT ASSET FUNDS, LLC**

Pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and MLBR 9010-1, Jeffrey D. Sternklar hereby enters his appearance as counsel for ***WHITE WINSTON SELECT ASSET FUNDS, LLC ("White Winston")***, and hereby requests that copies of all notices and pleadings filed in this case, and in all matters and proceedings arising in, arising under or related to this case, be given and served at the address, telephone and facsimile number or electronic mail address indicated below. **All service by mail should be accompanied by copies addressed to the e-mail address indicated below for the undersigned.**

Unless otherwise specifically indicated, neither this Appearance nor the filing of any other document in the above-captioned case, nor any act or omission of White Winston, shall constitute consent by White Winston to the entry of final judgments and orders against it by the above-captioned Bankruptcy Court.

Dated:  February 4, 2020                                        Respectfully Submitted,

/s/ *Jeffrey D. Sternklar*
Jeffrey D. Sternklar (BBO#549561)
JEFFREY D. STERNKLAR LLC

            26th Floor
            225 Franklin Street
            Boston, MA  02110
            Telephone:  (617) 396-4515
            Facsimile:  (617) 507-6530
            Email:  jeffrey@sternklarlaw.com

## **CERTIFICATE OF SERVICE**

I, Jeffrey D. Sternklar, hereby certify that a copy of the foregoing document was served upon the persons and entities and in the manner described below on this the 4th day of February, 2020.

***VIA ECF:***

- **John Fitzgerald**  USTPRegion01.BO.ECF@USDOJ.GOV
- **Daniel Glosband**  dglosband@goodwinlaw.com

            */s/ Jeffrey D. Sternklar*